# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

VESNA DJOKIC,

        Plaintiff,        No. 11-cv-14792
                                  Hon. Gerald E. Rosen

vs.

ERIC HOLDER, JR., JANET
NAPOLITANO, VINCENT J. CLAUSEN,
and ROBERT SAVOIE,

        Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

On October 31, 2011, Plaintiff filed a writ of habeas corpus challenging her continued detention as a removable alien under 8 U.S.C. § 1231(a)(6) and the Fifth Amendment of the Constitution. Plaintiff filed a motion seeking an immediate hearing on her writ and a stay of removal proceedings on November 8, 2011. The Court denied Plaintiff's motion on November 17, 2011. Plaintiff has since been removed to Montenegro. Accordingly, Defendants have moved to dismiss Plaintiff's claim as moot.

Plaintiff's suit challenged her continued detention. Having been removed, Plaintiff is no longer in Defendants' custody. As such, her claim is moot. *Cleveland Branch, N.A.A.C.P. v. City of Parma*, 263 F.3d 513, 525 (6th Cir. 2001) ("mootness addresses whether [the] petitioner continues to have an interest in the outcome of the litigation."); *Carras v. Williams*, 807 F.2d 1286, 1289 (6th Cir. 1986) ("Mootness results

when events occur during the pendency of a litigation which render the court unable to grant the requested relief."). Therefore,

IT IS HEREBY ORDERED, that Defendants' motion to dismiss [Dkt. #5] is GRANTED.

                                        s/Gerald E. Rosen  
                                        Chief Judge, United States District Court

Dated: March 22, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 22, 2012, by electronic and/or ordinary mail.

                    s/Ruth A.Gunther  
                    Case Manager  
                      (313) 234-5137